**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| BRIAN HILL, JASON MATHIS and CRUZ VASQUEZ, Each Individually and on Behalf of All Ohers Similarly Situated, § § § § Plaintiffs, § v. § § FRITO-LAY, INC. § § Defendant. § | CIVIL ACTION NO. 4:22-cv-00518 <u>COLLECTIVE ACTION</u> |

<u>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND STAY**</u>

ON THIS DAY, the Court, having considered Defendant Frito-Lay, Inc.'s Unopposed Motion to Extend Stay, is of the opinion that the Motion is well founded and should be GRANTED.

It is therefore **ORDERED** the instant action is stayed for a period of one hundred eighty (180) days, until October 10, 2023.