IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN HILL, JASON MATHIS and CRUZ VASQUEZ, Each Individually and on Behalf of All Ohers Similarly Situated, | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 4:22-cv-00518 |
| v. | § § | COLLECTIVE ACTION |
| FRITO-LAY, INC. | § § | |
| Defendant. | § § | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND STAY**

Before the Court is Defendant Frito-Lay, Inc.'s Unopposed Motion to Extend Stay (Dkt. #17). The Court, having considered the Motion, is of the opinion that the Motion is well founded and should be GRANTED.

It is therefore **ORDERED** this case is stayed for a period of approximately one hundred eighty (180) days, until October 10, 2023.

**IT IS SO ORDERED.**

**SIGNED** this 3rd day of May, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE