IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HILL, JASON MATHIS and CRUZ VASQUEZ, Each Individually and on Behalf of All Others Similarly Situated, § § § § Plaintiffs, § v. § § FRITO-LAY, INC. § § Defendant. § | CIVIL ACTION NO. 4:22-cv-00518-ALM <u>COLLECTIVE ACTION</u> |

## <u>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE</u>

Upon stipulation of the parties, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, **BRIAN HILL, JASON MATHIS** and **CRUZ VASQUEZ**, and all others similarly situated **("Plaintiffs")** and **FRITO-LAY, INC. ("Defendant")** (Plaintiffs and Defendant together, the "parties" and each individually, a "party"),

IT IS HEREBY ORDERED that the above-entitled action, together with all claims that any party has or may have against any party, is hereby **DISMISSED with prejudice**.

The Parties also agree and stipulate, and it is ORDERED, that each party is responsible for its own costs and attorneys' fees incurred as a result of this action and that all rights of appeal are hereby waived.

Entry of this order resolves all pending claims and parties and closes the case.

**IT IS THEREFORE ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE** to future action.

**SIGNED this 17th day of July, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE